**Order filed September 23, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00320-CV
NO. 14-19-00321-CV
_____

## IN THE INTEREST OF G.A.-G., J.S.A.-S., CHILDREN

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause Nos. 2007-20638 & 2008-39339**

## ORDER

These are accelerated appeals from final orders of termination of the parent-child relationship. According to the records in these cases, appellant has established indigence and has been appointed an attorney on appeal. Appellant's brief was due **September 20, 2019,** but it has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule

requires greater compliance with briefing deadlines. The 180-day deadline in these appeals is **October 14, 2019.**

Therefore we order appellant's appointed counsel, William Leslie Shireman, to file appellant's brief no later than **September 30, 2019.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.